# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Yellowdog Partners, LP,** | ) |
| | ) |
| **Plaintiffs,** | ) CIVIL ACTION |
| | ) CASE NO. 2:18-cv-02662-JWL-KGG |
| | ) |
| **v.** | ) |
| | ) |
| **CURO Group Holdings Corp. et al,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Seth Meyer be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion and have sent a proposed order granting this motion to chambers' email address. I have also verified that the information contained in the affidavit is true and accurate.

Dated: January 25, 2019   Respectfully Submitted,

*/s/  Larkin E. Walsh*
Larkin E. Walsh, KS #21855
Rex A. Sharp, P.A.
5301 W. 75th St.
Prairie Village, KS 66208
913.901.0505

913.901.0419 (fax)  
lwalsh@midwestlaw.com  
www.midwest-law.com

## **CERTIFICATE OF SERVICE**

This certifies that on January 25, 2019, I transmitted the above document to the Clerk of Court using the CM/ECF system for filing, which will send notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter.

*/s/ Larkin E. Walsh*  
Larkin E. Walsh