# EXHIBIT A

**Keller Lenkner LLC Files Class Action Suit Against CURO Group Holdings Corp. and Certain Senior Executives**

CHICAGO, Dec. 5, 2018 /PRNewswire/ -- Keller Lenkner LLC today announced that a class action has been commenced on behalf of all purchasers of securities of CURO Group Holdings Corp. ("CURO" or the "Company") (CURO) from July 31, 2018 through and including October 24, 2018 (the "Class Period").  The action was filed in the District of Kansas and is captioned Yellowdog Partners, LP v. CURO Group Holdings Corp., et al., No. 2:18-cv-02662.

The complaint alleges that CURO and certain senior executives— Defendants Donald F. Gayhardt, William Baker and Roger Dean—violated the Securities Exchange Act of 1934 by issuing false and misleading statements, including ongoing financial guidance, relating to CURO's efforts to transition its Canadian inventory of products from "Single-Pay Loans" to "Open-End Loans."  In this regard, throughout the Class Period, Defendants materially misrepresented to investors the deleterious effect that the up-front loan loss provisioning in connection with the transition was having on the Company's financial performance and 2018 full-year Company guidance.  The truth was revealed after the market closed on October 24, 2018, when the Company announced disappointing financial results for the third quarter of 2018 and substantially reduced its guidance for full-year fiscal 2018.  Upon revelation of the true facts, CURO stock lost $7.69 per share, falling from $22.87 on October 24, 2018, the last day of the Class Period, to $15.18 on October 25, 2018.

If you wish to serve as lead plaintiff for the class, you must file a motion with the Court no later than February 4, 2019, which is the first business day on which the U.S. District Court for the District of Kansas is open that is 60 days after the publication date of December 5, 2018.  Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice.

The plaintiff is represented by Keller Lenkner.  If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Ashley Keller of Keller Lenkner, at (312) 741-5220 or by email at ack@kellerlenkner.com.

Keller Lenkner pursues high-stakes litigation for plaintiffs across a variety of claims and practice areas.  Its lawyers are uniquely situated at the intersection of law and finance, with experience that includes litigating in federal and state courts throughout the United States.  For more information, visit www.kellerlenkner.com.