IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| YELLOWDOG PARTNERS, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CURO GROUP HOLDINGS CORP., et al.,<br><br>Defendants. | Civil Action No. 2:18-cv-02662-JWL-KGG |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Jack Reise and Kathleen B. Douglas be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavits in support of this motion and the Electronic Filing Registration Forms, and I will send a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavits is true and accurate.

Dated: April 15, 2019

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

/s/ Rachel E. Schwartz
Norman E. Siegel, D. Kan. # 70354
Rachel E. Schwartz, KS Bar # 21782
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816.714.7125
Fax: 816.714.7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Local Counsel for Lead Plaintiff Carpenters Pension Fund of Illinois

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Rachel E. Schwartz
Local Counsel for Lead Plaintiff Carpenters Pension Fund of Illinois