IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| YELLOWDOG PARTNERS, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>CURO GROUP HOLDINGS CORP, *et al.*,<br><br>                Defendants. | Civil Action No. 2:18-c-v-02662-JWL-KGG<br><br>CLASS ACTION |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Todd G. Cosenza be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion and the Electronic Filing Registration Form and will send a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Dated: August 14, 2019

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ *Anthony J. Durone*
    Anthony J. Durone    KS Bar #17492
    2600 Grand Blvd., Suite 1200
    Kansas City, MO 64108

P: (816) 561-7007
F: (816) 561-1888
adurone@berkowitzoliver.com

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Anthony J. Durone*
*Attorney for Defendants*

2