IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

YELLOWDOG PARTNERS, LP,
Individually and on Behalf of All Others
Similarly Situated,

                          Plaintiff,

              vs.

CURO GROUP HOLDINGS CORP, *et al.*,

                          Defendants.

Civil Action No. 2:18-c-v-02662-JWL-KGG

<u>CLASS ACTION</u>

## <u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>

Pursuant to D. Kan. Rule 83.5.4., I move that Tariq Mundiya be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion and the Electronic Filing Registration Form and will send a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Dated: August 15, 2019

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: <u>/s/ Anthony J. Durone</u>
    Anthony J. Durone     KS Bar #17492
    2600 Grand Blvd., Suite 1200
    Kansas City, MO 64108

P: (816) 561-7007
F: (816) 561-1888
adurone@berkowitzoliver.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Anthony J. Durone*
*Attorney for Defendants*