IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Yellowdog Partners, L.P., Individually and on Behalf of All Others Similarly Situated,** ) ) ) ) | |
| Plaintiffs, ) ) | **CIVIL ACTION** |
| ) | **No. 18-cv-2662-JWL-KGG** |
| **v.** ) ) | |
| **Curo Group Holdings Corp., et al.,** ) ) | |
| Defendants. ) | |

## **ORDER**

On June 1, 2020, an ADR Report (doc. 82) was filed indicating that a settlement has been reached in the above captioned matter. The court, by and through its courtroom deputy, reached out to counsel regarding processing of the settlement in this case. The Lead Plaintiff has indicated that a motion for preliminary approval of the settlement could be filed within sixty (60) days which would allow time to finalize the documents.

IT IS ORDERED BY THE COURT that the Lead Plaintiff shall file a motion for preliminary approval of settlement on or before **August 1, 2020.**

**IT IS SO ORDERED.**

**Dated this 2nd day of June, 2020 at Kansas City, Kansas.**

 s/ John W. Lungstrum
 **JOHN W. LUNGSTRUM**
 **UNITED STATES DISTRICT JUDGE**