UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

KANSAS CITY

| | |
|---|---|
| YELLOWDOG PARTNERS, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CURO GROUP HOLDINGS CORP., et al.,<br><br>Defendants. | Civil Action No. 2:18-cv-02662-JWL-KGG<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT**

Lead Plaintiff Carpenters Pension Fund of Illinois ("Lead Plaintiff") respectfully files this unopposed motion for an Order granting preliminary approval of the class action settlement with Defendants[1] that resolves all of the claims in the Consolidated Complaint (ECF No. 42) on behalf of the Settlement Class.  A copy of the Settling Parties' executed Stipulation of Settlement is attached to the supporting Memorandum as Exhibit 1.  In support of this Motion, Lead Plaintiff incorporates by reference its Memorandum in Support and supporting Exhibits, which are filed simultaneously herewith.

---

[1] Defendants are CURO Group Holdings Corp., Donald F. Gayhardt, William Baker, Roger W. Dean, Doug Rippel, Chad Faulkner, Mike McKnight, Friedman Fleischer & Lowe Capital Partners II, L.P., FFL Executive Partners II, L.P., and FFL Parallel Fund II, L.P.

1

For the reasons set forth in the accompanying Memorandum, Lead Plaintiff respectfully requests that the Court grant Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and enter an Order that:

1. Preliminarily approves the terms of the Settlement as set forth in the Stipulation;

2. Finds that the proposed Settlement Class satisfies the requirements of Rules 23(a) and (b)(3) and therefore should be certified for settlement purposes;

3. Approves the form and manner of the settlement notice to Settlement Class Members; and

4. Schedules a Settlement Hearing to be conducted telephonically, and various deadlines relevant thereto, at which the Court will consider the request for final approval of: (a) the Settlement set forth in the Stipulation, (b) the Plan of Allocation of settlement proceeds among Settlement Class Members, and (c) Lead Counsel's application for an award of attorneys' fees and expenses and Lead Plaintiff's application for expenses incurred in representing the Settlement Class.

DATED:  July 31, 2020

Respectfully submitted,

STUEVE SIEGEL HANSON LLP

*s/ Rachel E. Schwartz*
NORMAN E. SIEGEL, D. Kan. #70354
RACHEL E. SCHWARTZ, KS #21782
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  816/714-7100
816/714-7101 (fax)
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (admitted *pro hac vice*)
ROBERT J. ROBBINS (admitted *pro hac vice*)
MAUREEN E. MUELLER
(admitted *pro hac vice*)
KATHLEEN B. DOUGLAS
(admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com
mmueller@rgrdlaw.com
kdouglas@rgrdlaw.com

Lead Counsel for Lead Plaintiff

CAVANAGH & O'HARA
JOHN T. LONG (admitted *pro hac vice*)
2319 West Jefferson Street
Springfield, IL  62702
Telephone:  217/544-1771
217/544-9894 (fax)
johnlong@cavanagh-ohara.com

Additional Counsel for Lead Plaintiff

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*s/ Rachel E. Schwartz*
NORMAN E. SIEGEL, D. Kan. #70354
RACHEL E. SCHWARTZ, KS #21782
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  816/714-7100
816/714-7101 (fax)
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Local Counsel for Lead Plaintiff
