# EXHIBIT A-3

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

KANSAS CITY

| | |
|---|---|
| YELLOWDOG PARTNERS, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CURO GROUP HOLDINGS CORP., *et al.*,<br><br>Defendants. | Civil Action No. 2:18-cv-02662-JWL-KGG<br><br><u>CLASS ACTION</u> |

SUMMARY NOTICE

EXHIBIT A-3

TO: ALL PERSONS AND ENTITIES THAT PURCHASED OR ACQUIRED CURO GROUP HOLDINGS CORP. ("CURO") COMMON STOCK DURING THE PERIOD BETWEEN APRIL 27, 2018 AND OCTOBER 24, 2018, INCLUSIVE (THE "SETTLEMENT CLASS PERIOD")

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Kansas, that a hearing, which the Court may require or permit to be conducted as a telephonic hearing in light of the ongoing exigent circumstances caused by the COVID-19 pandemic, will be held on _____, 2020, at _____, _.m., before the Honorable John W. Lungstrum, United States District Judge, at the United States District Court for the District of Kansas, 500 State Avenue, Kansas City, Kansas 66101 for the purpose of determining: (1) whether the proposed Settlement of the above-captioned Litigation, as set forth in the settlement agreement reached between the parties, consisting of Eight Million Nine Hundred and Eighty Thousand Dollars ($8,980,000.00) in cash, should be approved as fair, reasonable, and adequate to the Members of the Settlement Class; (2) whether the release by Settlement Class Members of claims as set forth in the settlement agreement should be authorized; (3) whether the proposed plan to distribute the settlement proceeds (the "Plan of Allocation") is fair, reasonable, and adequate; (4) whether the application by Lead Plaintiff's counsel for an award of attorneys' fees, charges, and expenses and the award to Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(4) in connection with its representation of the Settlement Class should be approved; and (5) whether the Judgment, in the form attached to the settlement agreement, should be entered.

Please note that the date, time and location of the Settlement Hearing are subject to change without further notice. In light of the ongoing exigent circumstances caused by the COVID-19 pandemic, the Court may require or permit attendance at the Settlement Hearing by telephone. If the Court requires or permits telephonic participation in the Settlement Hearing, the dial-in number for the Settlement Hearing will be posted on www.CuroSecuritiesSettlement.com. Settlement

Class Members who intend to appear at the Settlement Hearing are advised to visit www.CuroSecuritiesSettlement.com for updates.

IF YOU PURCHASED OR ACQUIRED ANY OF THE COMMON STOCK OF CURO DURING THE PERIOD BETWEEN APRIL 27, 2018 AND OCTOBER 24, 2018, INCLUSIVE, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release form ("Proof of Claim"), you may obtain copies by writing to *Curo Securities Settlement*, Claims Administrator, c/o A.B. Data, Ltd., P.O. Box 173109, Milwaukee, WI 53217 or on the internet at www.CuroSecuritiesSettlement.com.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail (***postmarked no later than \_\_\_\_\_, 2020***) or if submitted electronically ***no later than \_\_\_\_\_, 2020***, establishing that you are entitled to recovery. Unless the deadline is extended, your failure to submit your Proof of Claim by the above deadline will preclude you from receiving any payment from the Settlement.

If you are a Settlement Class Member and you desire to be excluded from the Settlement Class, you must submit a request for exclusion such that it is ***received no later than \_\_\_\_\_, 2020***, in the manner and form explained in the detailed Notice, referred to above. All Members of the Settlement Class who do not timely and validly request exclusion from the Settlement Class will be bound by any judgment entered in the Litigation pursuant to the Stipulation of Settlement.

Any objection to the Settlement, the Plan of Allocation, or the fee and expense application must be mailed to each of the following recipients, ***received no later than \_\_\_\_\_, 2020***:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
500 State Avenue
Kansas City, KS  66101

*Lead Counsel:*

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA  92101

*Counsel for Defendants:*

WILLKIE FARR
  & GALLAGHER LLP
TODD G. COSENZA
787 Seventh Avenue
New York, NY  10019

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE OR DEFENDANTS REGARDING THIS NOTICE.**  If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED: _____                    BY ORDER OF THE COURT
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF KANSAS

- 3 -