UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY

YELLOWDOG PARTNERS, LP, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CURO GROUP HOLDINGS CORP., et al.,

Defendants.

Civil Action No. 2:18-cv-02662-JWL-KGG

**INDEX OF EXHIBITS FOR THE MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

| | |
|---|---|
| Exhibit 1 | Stipulation of Settlement |
| Exhibit A to Ex. 1 | Proposed Preliminary Approval Order |
| Exhibit A-1 to Ex. 1 | Notice |
| Exhibit A-2 to Ex. 1 | Proof of Claim and Release |
| Exhibit A-3 to Ex. 1 | Summary Notice |
| Exhibit B to Ex. 1 | Proposed Final Judgment and Order of Dismissal with Prejudice |
| Exhibit 2 | Declaration of Eric A. Nordskog |
| Exhibit 3 | *Barnwell v. Corr. Corp. of Am.*, No. 08-cv-2151-JWL, DJW, ECF No. 230 (Order Approving Settlement Agreement) (D. Kan. Feb. 12, 2009) |
| Exhibit 4 | *Sheet Metal Workers Local 32 Pension Fund v. Terex Corp.*, No. 3:09-cv-02083-RNC, ECF No. 139 (Order Awarding Attorneys' Fees and Expenses) (D. Conn. July 31, 2019) |
| Exhibit 5 | *Bennett v. Sprint Nextel Corp.*, No. 2:09-cv-02122-EFM-KMH, ECF No. 286 (Order Preliminarily Approving Settlement and Providing for Notice) (D. Kan. Apr. 10, 2015) |
| Exhibit 6 | *In re Valeant Pharms. Int'l, Inc. Sec. Litig.*, No. 3:15-cv-07658-MAS-LGH, ECF No. 535 (letter order) (D.N.J. Apr. 16, 2020) |

| | |
|---|---|
| Exhibit 7 | *In re Ubiquiti Networks, Inc. Sec. Litig.*, No. 1:18-cv-01620-VM, ECF No. 48 (Order) (S.D.N.Y. Mar. 24, 2020) |
| Exhibit 8 | *In re McKesson Corp. Derivative Litig.*, No. 4:17-cv-01850-CW, ECF No. 229 (Order Regarding Hearing on Motion for Final Approval) (N.D. Cal. Apr. 10, 2020) |
| Exhibit 9 | *In re Akorn, Inc. Data Integrity Sec. Litig.*, No. 1:18-cv-01713, ECF Nos. 183, 187 (Notifications of Docket Entry) (N.D. Ill. Mar. 12-13, 2020) |