**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| YELLOWDOG PARTNERS, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CURO GROUP HOLDINGS CORP., et al.,<br><br>Defendants. | Civil Action No. 2:18-cv-02662-JWL-KGG |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Theodore J. Pintar be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion and the Electronic Filing Registration Form. I have verified that the information contained in the affidavit is true and accurate.

Dated:  August 6, 2020

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**


*/s/ Rachel E. Schwartz*
Norman E. Siegel, D. Kan. # 70354
Rachel E. Schwartz, KS Bar # 21782
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:  816.714.7125
Fax:  816.714.7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Local Counsel for Lead Plaintiff Carpenters Pension Fund of Illinois

ROBBINS GELLER RUDMAN
      & DOWD LLP
JACK REISE (admitted pro hac vice)
KATHLEEN B. DOUGLAS (admitted pro hac vice)
ROBERT J. ROBBINS (admitted pro hac vice)
MAUREEN E. MUELLER (admitted pro hac vice)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
kdouglas@rgrdlaw.com
rrobbins@rgrdlaw.com
mmueller@rgrdlaw.com

Lead Counsel for Lead Plaintiff

CAVANAGH & O'HARA
JOHN T. LONG (admitted pro hac vice)
2319 West Jefferson Street
Springfield, IL  62702
Telephone:  217/544-1771
217/544-9894 (fax)
johnlong@cavanagh-ohara.com

Additional Counsel for Lead Plaintiff