UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

KANSAS CITY

| | |
|---|---|
| YELLOWDOG PARTNERS, LP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CURO GROUP HOLDINGS CORP., et al., <br><br> Defendants. | Civil Action No. 2:18-cv-02662-JWL-KGG <br><br> <u>CLASS ACTION</u> |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND AN AWARD OF ATTORNEYS' FEES, EXPENSES AND LEAD PLAINTIFF AWARD PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

Lead Plaintiff Carpenters Pension Fund of Illinois ("Lead Plaintiff" or "Carpenters") respectfully files this motion for an Order: (1) granting final approval of the proposed Settlement, approval of the Plan of Allocation, and final certification of the Settlement Class; and (2) approving an award of attorneys' fees, expenses, and Lead Plaintiff award pursuant to 15 U.S.C. §78u-4(a)(4). This motion is based on: (i) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and an Award of Attorneys' Fees, Expenses and Lead Plaintiff Award Pursuant to 15 U.S.C. §78u-4(a)(4); (ii) the Declaration of Robert J. Robbins in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and an Award of Attorneys' Fees, Expenses and Lead

Plaintiff Award Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of Robert J. Robbins Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses; (iv) the Declaration of Rachel E. Schwartz Filed on Behalf of Stueve Siegel Hanson LLP in Support of Application for Award of Attorneys' Fees and Expenses; (v) the Declaration of R. Nathan German on Behalf of Lead Plaintiff Carpenters; (vi) the Declaration of Eric A. Nordskog Regarding: (A) Mailing of the Notice and Proof of Claim; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections; (vii) the Stipulation of Settlement; and (viii) all other proceedings herein.

Lead Plaintiff will submit proposed orders with its reply submission on or before December 11, 2020.

DATED: November 13, 2020                         STUEVE SIEGEL HANSON LLP


                                                 *s/ Rachel E. Schwartz*
                                                 NORMAN E. SIEGEL, D. Kan. #70354
                                                 RACHEL E. SCHWARTZ, KS #21782
                                                 460 Nichols Road, Suite 200
                                                 Kansas City, MO 64112
                                                 Telephone: 816/714-7100
                                                 816/714-7101 (fax)
                                                 siegel@stuevesiegel.com
                                                 schwartz@stuevesiegel.com

                                                 Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (admitted *pro hac vice*)
ROBERT J. ROBBINS (admitted *pro hac vice*)
KATHLEEN B. DOUGLAS (admitted *pro hac vice*)
MAUREEN E. MUELLER (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com
kdouglas@rgrdlaw.com
mmueller@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

Lead Counsel for Lead Plaintiff

CAVANAGH & O'HARA
JOHN T. LONG (admitted *pro hac vice*)
2319 West Jefferson Street
Springfield, IL  62702
Telephone:  217/544-1771
217/544-9894 (fax)
johnlong@cavanagh-ohara.com

Additional Counsel for Lead Plaintiff

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*s/ Rachel E. Schwartz*
NORMAN E. SIEGEL, D. Kan. #70354
RACHEL E. SCHWARTZ, KS #21782
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  816/714-7100
816/714-7101 (fax)
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Local Counsel for Lead Plaintiff

4826-9100-3346.v1