UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

KANSAS CITY

| | |
|---|---|
| YELLOWDOG PARTNERS, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CURO GROUP HOLDINGS CORP., et al.,<br><br>Defendants. | Civil Action No. 2:18-cv-02662-JWL-KGG<br><br><u>CLASS ACTION</u> |

REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND AN AWARD OF ATTORNEYS' FEES, EXPENSES AND LEAD PLAINTIFF AWARD PURSUANT TO 15 U.S.C. §78u-4(a)(4)

## I.  INTRODUCTION

Pursuant to the Court's September 4, 2020 Order Preliminarily Approving Settlement Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Settlement Class (ECF No. 96) ("Preliminary Approval Order"), Lead Plaintiff Carpenters Pension Fund of Illinois respectfully submits this reply in further support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and an Award of Attorneys' Fees, Expenses and Lead Plaintiff Award Pursuant to 15 U.S.C. §78u-4(a)(4).[1]

Following the Preliminary Approval Order, the Court-appointed Claims Administrator widely published notice of the Settlement and mailed 9,434 copies of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release form ("Proof of Claim") (collectively, "Notice Packet") to institutional and individual investors who form the Settlement Class as well as to brokers and nominees.  In response, ***not a single Settlement Class Member has objected to the Settlement, the Plan of Allocation, or the requested attorneys' fees, expenses, or Lead Plaintiff award***.  Moreover, no Settlement Class Member has opted out of the Settlement Class.

Based on this overwhelmingly positive reaction, and for the reasons set forth in Lead Plaintiff's initial filings in support of its motion (ECF Nos. 98-99), Lead Plaintiff respectfully requests that the Court approve the Settlement and Plan of Allocation, the award of attorneys' fees and expenses and the Lead Plaintiff award.

## II.  THE NOTICE PROGRAM

Pursuant to the Preliminary Approval Order, a total of 9,434 Notice Packets were sent to potential Settlement Class Members and nominees.  *See* Declaration of Eric A. Nordskog Regarding:

---

[1]  Unless otherwise noted, all capitalized terms used herein are defined in the July 31, 2020 Stipulation of Settlement (the "Stipulation").  ECF No. 91-1.

- 1 -

(A) Mailing of the Notice and Proof of Claim; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections (ECF No. 99-1) ("Initial Nordskog Decl."), ¶8, and Supplemental Declaration of Eric A. Nordskog Regarding: (A) Mailing of the Notice and Proof of Claim; and (B) Report on Requests for Exclusion and Objections ("Supplemental Nordskog Decl."), ¶¶3-4, submitted herewith as Exhibit 1. In addition to the mailed notice, the Summary Notice was published in *The Wall Street Journal* and transmitted over *PR Newswire* on September 25, 2020. *See* Initial Nordskog Decl., ¶9. The Notice, Proof of Claim, Stipulation, and Preliminary Approval Order were also posted on the Claims Administrator's website. *Id.*, ¶11. As a result, Settlement Class Members have been made fully aware of the terms of the Settlement, the Plan of Allocation, and the request for an award of attorneys' fees and expenses and Lead Plaintiff award.

In Lead Plaintiff's opening papers, Lead Counsel estimated that approximately 88% of estimated Settlement Class Members were mailed a Notice and Proof of Claim and additional Settlement Class Members would have received notice of the Settlement through either *The Wall Street Journal* or *PR Newswire*. *See* Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and an Award of Attorneys' Fees, Expenses and Lead Plaintiff Award Pursuant to 15 U.S.C. §78u-4(a)(4) (ECF No. 99) at 6-7. During the December 7, 2020 status conference, the Court asked whether this estimate had changed. A.B. Data has confirmed that the reach of the direct mail Notice remains at approximately 88%. Supplemental Nordskog Decl., ¶4.

The claims deadline is December 17, 2020. To date, approximately 500 claims have been submitted; however, typically the majority of claims are submitted at or shortly before the claims-filing deadline. Accordingly, Lead Counsel will update the Court with the number of claims submitted at the December 18, 2020 Settlement Hearing.

- 2 -

**III.    THE POSITIVE REACTION OF THE SETTLEMENT CLASS**

The reaction of the Settlement Class has been overwhelmingly positive.  In response to the Notice, not a single Settlement Class Member has objected to the Settlement, the Plan of Allocation, the requested award of attorneys' fees and expenses, or the requested Lead Plaintiff award. *Jackson v. Ash*, No. 13-2504-EFM-JPO, 2015 WL 751835, at *3 n.15 (D. Kan. Feb. 23, 2015) ("Though not controlling, a relatively small number of objectors can be taken as some indication that the class members as a group did not think the settlement was unfair.") (internal quotation marks omitted); *Cox v. Sprint Commc'ns Co. L.P.*, No. 6:10-cv-01262-KGG, 2012 WL 5512381, at *4 (D. Kan. Nov. 14, 2012) ("The absence of objections or disapproval by class members to Settlement Class Counsel's fee-and-expense request further supports finding it reasonable."); *Make a Difference Found., Inc. v. Hopkins*, No. 10-cv-00408-WJM-MJW, 2012 WL 917283, at *3 (D. Colo. Mar. 19, 2012) (finding that only three objections out of 47,000 notices "weighs heavily in favor of approval of the . . . litigation settlement" and requested fee).  Particularly given the scope of the notice program here, with more than 9,400 Notice Packets mailed to potential Settlement Class Members and nominees, the fact that no Settlement Class Member has objected to any aspect of the Settlement strongly supports the final approval of the Settlement and Plan of Allocation and award of fees and expenses.

**IV.    UPDATE TO THE SETTLEMENT WEBSITE WITH SETTLEMENT HEARING INFORMATION**

As promised during the Court's December 7, 2020 status conference, Lead Counsel has updated the Settlement website (www.CuroSecuritiesSettlement.com) with a notice that the December 18, 2020 Settlement Hearing will be conducted remotely through a Zoom video conference and the Zoom login credentials.  The following was added to the Settlement website's homepage on December 7, 2020:

> **\*\*Important Case Update\*\***
>
> In light of the COVID-19 pandemic, the Final Settlement Approval Hearing, scheduled for December 18, 2020 at 11:00 a.m. Central Time, has been moved to a Zoom video conference.  Anyone wishing to listen in may do so through the following access information:
>
> **Join ZoomGov Meeting**: https://www.zoomgov.com/j/1602079216?pwd=eWRYZUlGcWZJWW1KV2tDNlZwRlNPZz09
>
> Meeting ID: 160 207 9216
>
> Passcode: 457609
>
> **One tap mobile:**
>
> +16692545252,,1602079216#,,,,,,0#,,457609# US (San Jose)
>
> +16468287666,,1602079216#,,,,,,0#,,457609# US (New York)
>
> **Dial by your location:**
>
>         +1 669 254 5252 US (San Jose)
>
>         +1 646 828 7666 US (New York)
>
> Meeting ID: 160 207 9216
>
> Passcode: 457609
>
> Find your local number: https://www.zoomgov.com/u/abJnmShcq7
>
> **Join by SIP:**
>
> 1602079216@sip.zoomgov.com
>
> **Join by H.323:**
>
> 161.199.138.10 (US West)
>
> 161.199.136.10 (US East)
>
> Meeting ID: 160 207 9216
>
> Passcode: 457609

*See* http://www.curosecuritiessettlement.com/.

## V. CONCLUSION

For the foregoing reasons, and as set forth in the initial filings in support of its motion, Lead Plaintiff respectfully requests that the Court approve the Settlement and Plan of Allocation and the award of attorneys' fees and expenses and Lead Plaintiff award.

DATED:  December 11, 2020          Respectfully submitted,

                                   STUEVE SIEGEL HANSON LLP
                                   NORMAN E. SIEGEL, D. Kan. #70354
                                   RACHEL E. SCHWARTZ, KS #21782


                                        *s/ Rachel E. Schwartz*
                                        RACHEL E. SCHWARTZ

460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816/714-7100
816/714-7101 (fax)
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

Local Counsel for Lead Plaintiff

JACK REISE (admitted *pro hac vice*)
ROBERT J. ROBBINS (admitted *pro hac vice*)
KATHLEEN B. DOUGLAS (admitted *pro hac vice*)
MAUREEN E. MUELLER (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
rrobbins@rgrdlaw.com
kdouglas@rgrdlaw.com
mmueller@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

Lead Counsel for Lead Plaintiff

CAVANAGH & O'HARA
JOHN T. LONG (admitted *pro hac vice*)
2319 West Jefferson Street
Springfield, IL 62702
Telephone: 217/544-1771
217/544-9894 (fax)
johnlong@cavanagh-ohara.com

Additional Counsel for Lead Plaintiff

- 5 -